SEAN P. GATES, State Bar No. 186247
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200

Attorney for Plaintiffs
JOHN DOE I, JOHN DOE II, JOHN DOE III,
JOHN DOE IV, AND JOHN DOE V


ERICK C. TURNER, State Bar No. 236186
BRIAN S. CRONE, State Bar No. 191731
TURNER LAW GROUP
7311 Greenhaven Drive, Suite 7311
Sacramento, CA 95831
Telephone: (916) 849-4005
Email: erick@calaborcounsel.com

Attorneys for Defendants
PURE FOREST, LLC, JEFF WADSWORTH,
and OWEN WADSWORTH

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V, <br><br>  Plaintiffs, <br><br> v. <br><br> PURE FOREST, LLC, JEFF WADSWORTH, and OWEN WADSWORTH <br><br>  Defendants. | Case No. 2:14-CV-00879-LKK-CMK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE AND SERVE ANSWER TO COMPLAINT** |

Pursuant to Local Rule 6-144(a), Plaintiffs JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V (collectively, "Plaintiffs") and Defendants PURE FOREST, LLC, JEFF WADSWORTH, and OWEN WADSWORTH (collectively, "Defendants"), by and through their respective attorneys of record, Sean Gates and Erick Turner, stipulate as follows:

1. No extension of time has been previously obtained.

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND SERVE ANSWER TO COMPLAINT**

2. Defendants are granted an extension until June 20, 2014, to file their answer to Plaintiffs' Complaint.

3. Defendants answer will be due no later than June 20, 2014.

IT IS SO STIPULATED effective as of May 28, 2014.

Dated: May 28, 2014         /s/ *Erick C. Turner, Esq.*
Attorney for Defendants
PURE FOREST, LLC, JEFF WADSWORTH, OWEN WADSWORTH

Dated: May 28, 2014         /s/ *Sean P. Gates, Esq.*
Attorney for Plaintiff
JOHN DOES I - V

IT IS HEREBY ORDERED that Defendants PURE FOREST, LLC, JEFF WADSWORTH, and OWEN WADSWORTH shall file their Answer to Plaintiffs' Complaint no later than June 20, 2014.

IT IS SO ORDERED.

Dated: May 29, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT