1  SEAN P. GATES (CA SBN 186247)
   SGates@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California  90017-3543
   Telephone: 213.892.5200
4
   Attorney for Plaintiffs
5  JOHN DOE I, JOHN DOE II, JOHN DOE III,
   JOHN DOE IV, AND JOHN DOE V

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V,<br><br>Plaintiffs,<br><br>v.<br><br>PURE FOREST, LLC, JEFF WADSWORTH,<br>OWEN WADSWORTH,<br><br>Defendants. | Case No. 2:14-cv-00879-LKK-CMK<br><br>**NOTICE OF MOTION AND MOTION TO PROCEED UNDER FICTITOUS NAMES**<br><br>Date:  July 28, 2014<br>Time:  10:00 AM<br>Ctrm:   4<br>Judge:  Honorable Lawrence K. Karlton |

TO DEFENDANTS PURE FOREST, JEFF WADSWORTH, AND OWEN WADSWORTH:

PLEASE TAKE NOTICE that on July 28, 2014 at 10:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 4 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California, before the Honorable Lawrence K. Karlton, Plaintiffs John Doe I, John Doe II, John Doe III, John Doe IV, and John Doe V (collectively, "Plaintiffs"), shall and hereby move to proceed in this litigation under fictitious names. Plaintiffs move to proceed anonymously for fear of retribution against them and their families if their true identities are disclosed. Plaintiffs move for a two-stage order, which would allow them to proceed under fictitious names and only disclose their identities when necessary to defendants' counsel and his agents.

This Motion is based on this Notice of Motion, the Motion and Memorandum of Points and Authorities in support thereof, the concurrently-filed Declarations of John Doe I, John Doe II, John Doe III, John Doe IV, John Doe IV, and Sean P. Gates, pleadings and other files in this action, and such other written or oral arguments as may be presented at or before the time this Motion is taken under submission by the Court.

Dated:   June  5, 2014

SEAN P. GATES
MORRISON & FOERSTER LLP

By: */s/ Sean P. Gates*
    SEAN P. GATES

    Attorney for Plaintiffs
    John Doe I, John Doe II, John Doe III, John Doe IV, and John Doe V