SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200

Attorney for Plaintiffs
John Doe I, John Doe II, John Doe III, John Doe IV,
and John Doe V

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V,<br><br>Plaintiffs,<br><br>v.<br><br>PURE FOREST, LLC, JEFF WADSWORTH, OWEN WADSWORTH,<br><br>Defendants. | Case No. 2:14-cv-00879-LKK-CMK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER FICTITIOUS NAMES** |

Plaintiffs' motion to proceed under fictitious names came for hearing before this Court on July 28, 2014.  Good cause appearing, Plaintiffs' motion is hereby GRANTED as follows:

1. Plaintiffs are permitted to proceed under fictitious names and need not reveal their identities in any public filing or to any of defendants.

2. Upon commencement of discovery in this case, and upon defendants' motion showing good cause, the Court shall issue an order requiring Plaintiffs to reveal their identities to defendants' counsel.  Defendants' counsel may reveal those identities only to counsel's agents as necessary to defend this case and pursuant to the following procedures:

    a. Defendants' counsel shall serve Plaintiffs prior notice of such disclosure.  Such notice shall include the name of counsel's agent and a description of the need to know Plaintiffs' identities.

    b. Plaintiffs shall have five court days from receipt of the prior notice to file an objection to such disclosure.  Should Plaintiffs object, Defendants' counsel shall not reveal Plaintiffs' identities to the agent until the Court rules on Plaintiffs' objection.

    c. Any agent to whom defendants' counsel reveals Plaintiffs' identities may not reveal those identities to any other person and must execute an affidavit, prior to receiving Plaintiffs' identities, stating that the agent agrees to abide by this order.  Defendants' counsel shall serve a copy of any such affidavit on Plaintiffs within five court days of execution.

///
///
///
///
///

1  SO ORDERED.

3  Dated: _____, 2014

                                                  The Hon. Lawrence K. Karlton