UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, and JOHN DOE V,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PURE FOREST, LLC, JEFF WADSWORTH, OWEN WADSWORTH,<br><br>　　　　Defendants. | No.  CIV. S-14-879 LKK/CMK<br><br>**ORDER** |

A status conference was held in chambers on June 16, 2014. The court hereby orders as follows:

1.   Plaintiffs are DIRECTED to prepare and file a joint stipulation and proposed order staying this case for four (4) months.

2.   Good cause appearing, plaintiffs' request to file under seal the Compendium of Declarations filed in support of plaintiffs' motion to proceed under fictitious names ("Compendium"), including all exhibits attached thereto, is GRANTED. (ECF No. 11.) Only court personnel shall have access to the Compendium. Defendants herein shall not have access to the Compendium.

1

3.    Plaintiffs' motion to proceed under fictitious names is GRANTED. (ECF No. 10.) Plaintiffs need not reveal their identities in any public filing herein or to defendants.

4.    Defendants may bring a noticed motion seeking unsealing of the Compendium and/or disclosure of one or more of the plaintiffs' identities upon a showing of good cause.

IT IS SO ORDERED.

DATED:  June 16, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT