SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200

Attorney for Plaintiffs
John Doe I, John Doe II, John Doe III, John Doe IV, and John Doe V

ERICK C. TURNER (CA SBN 236186)
erick@calaborcounsel.com
TURNER LAW GROUP
7311 Greenhaven Drive, Suite 110
Sacramento, California  95831
Telephone: (916) 849-4005
Email: erick@calaborcounsel.com

Attorney for Defendants
PURE FOREST, LLC, JEFF WADSWORTH, and OWEN WADSWORTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V,<br><br>Plaintiffs,<br><br>v.<br><br>PURE FOREST, LLC, JEFF WADSWORTH, OWEN WADSWORTH,<br><br>Defendants. | Case No. 2:14-cv-00879-LKK-CMK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE STAY OF ACTION PENDING CRIMINAL INVESTIGATION** |

Plaintiffs John Doe I, John Doe II, John Doe III, John Doe IV, and John Doe V (collectively, "Plaintiffs") filed the complaint in this action on April 8, 2014. The complaint alleges a number of causes of action based on alleged labor trafficking. On May 20, 2014, agents of the U.S. Department of Homeland Security, Homeland Security Investigations obtained a search warrant for a property and two vehicles owned by Defendants. The affidavit supporting the application for the search warrant states that the U.S. Department of Homeland Security and the U.S. Department of Labor are conducting a criminal investigation based on allegations similar to those alleged in Plaintiffs' complaint. The search warrant has been executed and many of Defendants' records have been seized. Although the criminal investigation is pending, Defendants have not been indicted.

Given the pending criminal investigation, and pursuant to the Court's order following the June 16, 2014 status conference, Plaintiffs and Defendants hereby stipulate to stay this action for 120 days from the entry an order staying the case. Defendants, however, shall respond to the complaint and file any third-party complaint within 30 days of the entry of any such order.

Dated: June 24, 2014         SEAN P. GATES
                             MORRISON & FOERSTER LLP


                             By: /s/ Sean P. Gates
                                 SEAN P. GATES

                             Attorney for Plaintiffs
                             John Doe I, John Doe II, John Doe III, John Doe IV, and John Doe V

1

JT. STIP. AND [PROPOSED] ORDER RE STAY

Dated: June 24, 2014

ERICK C. TURNER
TURNER LAW GROUP

By: /s/ Erick C. Turner (as authorized June 24, 2014)
     ERICK C. TURNER

Attorney for Defendants
PURE FOREST, LLC, JEFF WADSWORTH,
and OWEN WADSWORTH

IT IS SO ORDERED:

DATED: _____

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT