ERICK C. TURNER, State Bar No. 236186
BRIAN S. CRONE, State Bar No. 191731
TURNER LAW GROUP
7311 Greenhaven Drive, Suite 110
Sacramento, CA  95831
(916) 849-4005

Attorney for Defendants
PURE FOREST, LLC,
JEFF WADSWORTH, and
OWEN WADSWORTH

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V<br><br>Plaintiffs,<br><br>v.<br><br>PURE FOREST, LLC, JEFF WADSWORTH, OWEN WADSWORTH<br><br>Defendants. | Case No. 2:14-at-00424<br><br>**DEFENDANTS' ANSWER TO COMPLAINT** |

Defendants Pure Forest, LLC, Jeff Wadsworth, and Owen Wadsworth ("Defendants") hereby submit their answer to Plaintiffs John Doe I, John Doe II, John Doe III, John Doe IV, and John Doe V ("Plaintiffs") Complaint as follows:

**PARTIES**

1. Answering Paragraph 1 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 1 and on that basis deny all the allegations of Paragraph 1.

2. Answering Paragraph 2 of the Complaint, Defendant Pure Forest admits that it is a limited liability corporation organized under the laws of the State of Idaho and that its principal place of business is in Oakley, Idaho. Except as expressly admitted herein, Defendants deny the remaining allegations of Paragraph 2.

3. Answering Paragraph 3 of the Complaint, Defendants admit Pure Forest has registered in California as a Foreign Limited Liability Company since at least 2009.

1  4. Defendants deny the allegations of Paragraph 4 of the Complaint.

2  5. Defendants deny the allegations of Paragraph 5 of the Complaint.

3  6. Defendants deny the allegations of Paragraph 6 of the Complaint.

**JURISDICTION AND VENUE**

7. Answering Paragraph 7 of the Complaint, Defendants admit that jurisdiction is proper in this Court.

8. Answering Paragraph 8 of the Complaint, Defendants admit that venue is proper in this Court.

**FACTUAL ALLEGATIONS**

9. Answering Paragraph 9 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 9 and on that basis deny all the allegations of Paragraph 9.

10. Answering Paragraph 10 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 10 and on that basis deny all the allegations of Paragraph 10.

11. Answering Paragraph 11 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 11 and on that basis deny all the allegations of Paragraph 11.

12. Answering Paragraph 12 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 12 and on that basis deny all the allegations of Paragraph 12.

13. Answering Paragraph 13 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 13 and on that basis deny all the allegations of Paragraph 13.

14. Answering Paragraph 14 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 14 and on that basis deny all the allegations of Paragraph 14.

15. Answering Paragraph 15 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 15 and on that basis deny all the allegations of Paragraph 15.

16. Answering Paragraph 16 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 16 and on that basis deny all the allegations of Paragraph 16.

17. Answering Paragraph 17 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 17 and on that basis deny all the allegations of Paragraph 17.

18. Answering Paragraph 18 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 18 and on that basis deny all the allegations of Paragraph 18.

19. Answering Paragraph 19 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 19 and on that basis deny all the allegations of Paragraph 19.

20. Answering Paragraph 20 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 20 and on that basis deny all the allegations of Paragraph 20.

21. Answering Paragraph 21 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 21 and on that basis deny all the allegations of Paragraph 21.

22. Answering Paragraph 22 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 22 and on that basis deny all the allegations of Paragraph 22.

23. Defendants deny the allegations of Paragraph 23 of the Complaint.

24. Defendants deny the allegations of Paragraph 24 of the Complaint.

1     25.     Answering Paragraph 25 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 25 and on that basis deny all the allegations of Paragraph 25.

    26.     Answering Paragraph 26 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 26 and on that basis deny all the allegations of Paragraph 26.

    27.     Defendants deny the allegations of Paragraph 27 of the Complaint.

    28.     Defendants deny the allegations of Paragraph 28 of the Complaint.

    29.     Defendants deny the allegations of Paragraph 29 of the Complaint.

    30.     Defendants deny the allegations of Paragraph 30 of the Complaint.

    31.     Defendants deny the allegations of Paragraph 31 of the Complaint.

    32.     Defendants deny the allegations of Paragraph 32 of the Complaint.

    33.     Defendants deny the allegations of Paragraph 33 of the Complaint.

    34.     Answering Paragraph 34 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 34 and on that basis deny all the allegations of Paragraph 34.

    35.     Answering Paragraph 35 of the Complaint, Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 35 and on that basis deny all the allegations of Paragraph 35.

    36.     Defendants deny the allegations of Paragraph 36 of the Complaint.

    37.     Defendants deny the allegations of Paragraph 37 of the Complaint.

    38.     Defendants deny the allegations of Paragraph 38 of the Complaint.

    39.     Defendants deny the allegations of Paragraph 39 of the Complaint.

    40.     Defendants deny the allegations of Paragraph 40 of the Complaint.

    41.     Defendants deny the allegations of Paragraph 41 of the Complaint.

    42.     Defendants deny the allegations of Paragraph 42 of the Complaint.

    43.     Defendants deny the allegations of Paragraph 43 of the Complaint.

    44.     Defendants deny the allegations of Paragraph 44 of the Complaint.

|   |   |   |
|---|---|---|
| 1 | 45. | Defendants deny the allegations of Paragraph 45 of the Complaint. |
| 2 | 46. | Defendants deny the allegations of Paragraph 46 of the Complaint. |
| 3 | 47. | Defendants deny the allegations of Paragraph 47 of the Complaint. |
| 4 | 48. | Defendants deny the allegations of Paragraph 48 of the Complaint. |
| 5 | 49. | Defendants deny the allegations of Paragraph 49 of the Complaint. |

**FIRST CLAIM FOR RELIEF: FAIR LABOR STANDARDS ACT ("FLSA")**

(*All Defendants*)

50. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 49, inclusive.

51. Answering Paragraph 51 of the Complaint, Defendants state that the paragraph states a legal conclusion to which no response is required.

52. Defendants deny the allegations of Paragraph 52 of the Complaint.

53. Defendants deny the allegations of Paragraph 53 of the Complaint.

54. Defendants deny the allegations of Paragraph 54 of the Complaint.

55. Defendants deny the allegations of Paragraph 55 of the Complaint.

56. Defendants deny the allegations of Paragraph 56 of the Complaint.

57. Defendants deny the allegations of Paragraph 57 of the Complaint.

**SECOND CLAIM FOR RELIEF: MIGRANT AND SEASON AGRICULTURAL WORKER PROTECTION ACT ("AWPA") (*All Defendants*)**

58. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 57, inclusive.

59. Answering Paragraph 59 of the Complaint, Defendants state that the paragraph states a legal conclusion to which no response is required.

60. Answering Paragraph 60 of the Complaint, Defendants state that the paragraph states a legal conclusion to which no response is required.

61. Defendants deny the allegations of Paragraph 61 of the Complaint.

62. Defendants deny the allegations of Paragraph 62 of the Complaint.

63. Defendants deny the allegations of Paragraph 63 of the Complaint.

**THIRD CLAIM FOR RELIEF: FAILURE TO PAY MINIMUM WAGE AND OVERTIME**

**(Cal. Lab. Code §§ 1194, 1194.2, 1197, and 1198)** *(Defendant Pure Forest)*

64.   Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 63, inclusive.

65.   Defendants deny the allegations of Paragraph 65 of the Complaint.

**FOURTH CLAIM FOR RELIEF: FAILURE TO PAY MINIMUM WAGE AND OVERTIME (Cal. Lab. Code § 1197.1)** *(All Defendants)*

66.   Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 65, inclusive.

67.   Defendants deny the allegations of Paragraph 67 of the Complaint.

**FIFTH CLAIM FOR RELIEF: FAILURE TO PROVIDE MEAL BREAKS AND REST BREAKS (Cal. Lab. Code § 226.7)** *(Defendant Pure Forest)*

68.   Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 67, inclusive.

69.   Defendants deny the allegations of Paragraph 69 of the Complaint.

70.   Defendants deny the allegations of Paragraph 70 of the Complaint.

**SIXTH CLAIM FOR RELIEF: FRAUDULENT MISREPRESENTATION**

**(Cal. Civ. Code §§ 970, 1709, 1710)** *(All Defendants)*

71.   Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 70, inclusive.

72.   Defendants deny the allegations of Paragraph 72 of the Complaint.

73.   Defendants deny the allegations of Paragraph 73 of the Complaint.

74.   Defendants deny the allegations of Paragraph 74 of the Complaint.

76.   Defendants deny the allegations of Paragraph 75 of the Complaint.

76.   Defendants deny the allegations of Paragraph 76 of the Complaint.

77.   Defendants deny the allegations of Paragraph 77 of the Complaint.

///

///

**SEVENTH CLAIM FOR RELIEF: NEGLIGENT MISREPRESENTATION**

**(Cal. Civ. Code §§ 1709, 1710)** *(All Defendants)*

78. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 77, inclusive.

79. Defendants deny the allegations of Paragraph 79 of the Complaint.

80. Defendants deny the allegations of Paragraph 80 of the Complaint.

81. Defendants deny the allegations of Paragraph 81 of the Complaint.

82. Defendants deny the allegations of Paragraph 82 of the Complaint.

83. Defendants deny the allegations of Paragraph 83 of the Complaint.

**EIGHTH CLAIM FOR RELIEF: NEGLIGENCE** *(All Defendants)*

84. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 83, inclusive.

85. Defendants deny the allegations of Paragraph 85 of the Complaint.

86. Defendants deny the allegations of Paragraph 86 of the Complaint.

87. Defendants deny the allegations of Paragraph 87 of the Complaint.

88. Defendants deny the allegations of Paragraph 88 of the Complaint.

89. Defendants deny the allegations of Paragraph 89 of the Complaint.

**NINTH CLAIM FOR RELIEF: BREACH OF CONTRACT** *(All Defendants)*

90. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 89, inclusive.

91. Defendants deny the allegations of Paragraph 91 of the Complaint.

92. Defendants deny the allegations of Paragraph 92 of the Complaint.

93. Defendants deny the allegations of Paragraph 93 of the Complaint.

94. Defendants deny the allegations of Paragraph 94 of the Complaint.

95. Defendants deny the allegations of Paragraph 95 of the Complaint.

**TENTH CLAIM FOR RELIEF: PROMISSORY ESTOPPEL** *(All Defendants)*

96. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 95, inclusive.

97. Defendants deny the allegations of Paragraph 97 of the Complaint.

98. Defendants deny the allegations of Paragraph 98 of the Complaint.

### ELEVENTH CLAIM FOR RELIEF: UNJUST ENRICHMENT & QUANTUM MERUIT

*(All Defendants)*

99. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 98, inclusive.

100. Defendants deny the allegations of Paragraph 100 of the Complaint.

101. Defendants deny the allegations of Paragraph 101 of the Complaint.

102. Defendants deny the allegations of Paragraph 102 of the Complaint.

### TWELFTH CLAIM FOR RELIEF: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS *(All Defendants)*

103. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 102, inclusive.

104. Defendants deny the allegations of Paragraph 104 of the Complaint.

105. Defendants deny the allegations of Paragraph 105 of the Complaint.

106. Defendants deny the allegations of Paragraph 106 of the Complaint.

107. Defendants deny the allegations of Paragraph 107 of the Complaint.

108. Defendants deny the allegations of Paragraph 108 of the Complaint.

### THIRTEENTH CLAIM FOR RELIEF: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS *(All Defendants)*

109. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 108, inclusive.

110. Defendants deny the allegations of Paragraph 110 of the Complaint.

111. Defendants deny the allegations of Paragraph 111 of the Complaint.

112. Defendants deny the allegations of Paragraph 112 of the Complaint.

113. Defendants deny the allegations of Paragraph 113 of the Complaint.

114. Defendants deny the allegations of Paragraph 114 of the Complaint.

115. Defendants deny the allegations of Paragraph 115 of the Complaint.

116. Defendants deny the allegations of Paragraph 116 of the Complaint.

117. Defendants deny the allegations of Paragraph 117 of the Complaint.

**FOURTEENTH CLAIM FOR RELIEF: TRAFFICKING VICTIMS PROTECTION ACT ("TVPA") (Forced Labor, 18 U.S.C. § 1589)** *(All Defendants)*

118. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 117, inclusive.

119. Answering Paragraph 119 of the Complaint, Defendants state that the paragraph states a legal conclusion to which no response is required.

120. Defendants deny the allegations of Paragraph 120 of the Complaint.

121. Defendants deny the allegations of Paragraph 121 of the Complaint.

122. Defendants deny the allegations of Paragraph 122 of the Complaint.

123. Defendants deny the allegations of Paragraph 123 of the Complaint.

124. Defendants deny the allegations of Paragraph 124 of the Complaint.

**FIFTHTEENTH CLAIM FOR RELIEF: TVPA (Human Trafficking, 18 U.S.C. § 1590)**

*(All Defendants)*

125. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 124, inclusive.

126. Answering Paragraph 126 of the Complaint, Defendants state that the paragraph states a legal conclusion to which no response is required.

127. Defendants deny the allegations of Paragraph 127 of the Complaint.

128. Defendants deny the allegations of Paragraph 128 of the Complaint.

129. Defendants deny the allegations of Paragraph 129 of the Complaint.

**SIXTEENTH CLAIM FOR RELIEF: CALIFORNIA TRAFFICKING VICTIMS PROTECTION ACT ("CTVPA") (Cal. Civ. Code § 52.5)** *(All Defendants)*

130. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 129, inclusive.

131. Answering Paragraph 131 of the Complaint, Defendants state that the paragraph states a legal conclusion to which no response is required.

|  |  |  |
|--|--|--|
| 1 | 132. | Defendants deny the allegations of Paragraph 132 of the Complaint. |
| 2 | 133. | Defendants deny the allegations of Paragraph 133 of the Complaint. |
| 3 | 134. | Defendants deny the allegations of Paragraph 134 of the Complaint. |
| 4 | 135. | Defendants deny the allegations of Paragraph 135 of the Complaint. |
| 5 | 136. | Defendants deny the allegations of Paragraph 136 of the Complaint. |

**SEVENTEENTH CLAIM FOR RELIEF: ALIEN TORT CLAIMS ACT, 28 U.S.C. § 1350**

**Involuntary Servitude & Forced Labor** *(All Defendants)*

137. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 136, inclusive.

138. Defendants deny the allegations of Paragraph 138 of the Complaint.

139. Defendants deny the allegations of Paragraph 139 of the Complaint.

140. Defendants deny the allegations of Paragraph 140 of the Complaint.

141. Defendants deny the allegations of Paragraph 141 of the Complaint.

142. Defendants deny the allegations of Paragraph 142 of the Complaint.

143. Defendants deny the allegations of Paragraph 143 of the Complaint.

144. Defendants deny the allegations of Paragraph 144 of the Complaint.

**EIGTHTEENTH CLAIM FOR RELIEF: ALIEN TORT CLAIMS ACT, 28 U.S.C. § 1350**

**Human Trafficking** *(All Defendants)*

145. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 144, inclusive.

146. Defendants deny the allegations of Paragraph 146 of the Complaint.

147. Defendants deny the allegations of Paragraph 147 of the Complaint.

148. Defendants deny the allegations of Paragraph 148 of the Complaint.

149. Defendants deny the allegations of Paragraph 149 of the Complaint.

150. Defendants deny the allegations of Paragraph 150 of the Complaint.

151. Defendants deny the allegations of Paragraph 151 of the Complaint.

152. Defendants deny the allegations of Paragraph 152 of the Complaint.

153. Defendants deny the allegations of Paragraph 153 of the Complaint.

**NINETEENTH CLAIM FOR RELIEF: FEDERAL RACKETEERING INFLUENCED CORRUPT ORGANIZATIONS ACT ("RICO")** *(Defendant Pure Forest as the Enterprise and Defendants Jeff Wadsworth and Owen Wadsworth)*

154. Defendants repeat, re-allege, and incorporate their prior responses to Paragraphs 1 through 153, inclusive.

155. Defendants deny the allegations of Paragraph 155 of the Complaint.

156. Defendants deny the allegations of Paragraph 156 of the Complaint.

157. Defendants deny the allegations of Paragraph 157 of the Complaint.

158. Defendants deny the allegations of Paragraph 158 of the Complaint.

159. Defendants deny the allegations of Paragraph 159 of the Complaint.

160. Defendants deny the allegations of Paragraph 160 of the Complaint.

161. Defendants deny the allegations of Paragraph 161 of the Complaint.

162. Defendants deny the allegations of Paragraph 162 of the Complaint.

163. Defendants deny the allegations of Paragraph 163 of the Complaint.

164. Defendants deny the allegations of Paragraph 164 of the Complaint.

165. Defendants deny the allegations of Paragraph 165 of the Complaint.

166. Defendants deny the allegations of Paragraph 166 of the Complaint.

167. Defendants deny the allegations of Paragraph 167 of the Complaint.

168. Defendants deny the allegations of Paragraph 168 of the Complaint.

169. Defendants deny the allegations of Paragraph 169 of the Complaint.

170. Defendants deny the allegations of Paragraph 170 of the Complaint.

171. Defendants deny the allegations of Paragraph 171 of the Complaint.

## PRAYER

WHEREFORE, reserving the right to allege any further affirmative defenses that become apparent during discovery and having fully answered the Complaint, Defendants pray that Plaintiffs' claims be dismissed with prejudice, that Plaintiffs take nothing thereby, that Defendants be awarded judgment in its favor and its attorneys' fees and costs incurred in defense of this action, and for such other relief in Defendants' favor as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, Defendants plead that Plaintiffs' Complaint and each and every claim purportedly set forth therein, fails to state facts sufficient to constitute a claim or claims upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a second affirmative defense, Defendants plead that Plaintiffs were at-will employees, and each personnel action of which Plaintiffs complain, if it occurred, was taken for a legitimate, nondiscriminatory, non-retaliatory reason not prohibited by law.

### THIRD AFFIRMATIVE DEFENSE

As a third affirmative defense, Defendants plead that irrespective of any alleged unlawful motive, which Defendants deny, Defendants' decisions regarding Plaintiffs' employment would have been the same.

### FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, Defendants plead that Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

As a fifth affirmative defense, Defendants plead that Plaintiffs have failed to mitigate their damages, if any.

### SIXTH AFFIRMATIVE DEFENSE

As a sixth affirmative defense, Defendants plead that Plaintiffs failed to exhaust all the administrative remedies that were prerequisites to filing this action, and therefore this action is barred.

### SEVENTH AFFIRMATIVE DEFENSE

As a seventh affirmative defense, Defendants pleads that the actions of certain of Defendants' employees, or former employees, if the acts occurred as the Complaint alleges, were beyond the scope of their employment, though Defendants in no way admit those acts occurred.

**EIGHTH AFFIRMATIVE DEFENSE**

As an eighth affirmative defense, Defendants plead that the Complaint, and each purported claim contained therein, is barred by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

As a ninth affirmative defense, Defendants plead that the Complaint, and each purported claim contained therein, is barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

As a tenth affirmative defense, Defendants plead that the Complaint, and each purported claim contained therein, is barred and/or damages are limited or precluded by, the doctrine of after-acquired-evidence.

**ELEVENTH AFFIRMATIVE DEFENSE**

As an eleventh affirmative defense, Defendants plead that the Complaint, and each purported claim contained therein, is barred by the doctrines of estoppel and/or waiver.

**TWELFTH AFFIRMATIVE DEFENSE**

As a twelfth affirmative defense, Defendants plead that Plaintiffs are guilty of comparative negligence.

**THIRTEENTH AFFIRMATIVE DEFENSE**

As a thirteenth affirmative defense, Defendants plead that damages, if any, were brought about by Plaintiffs' own conduct, not the conduct of Defendants or any of their supervisors, agents or employees.

**FOURTEENTH AFFIRMATIVE DEFENSE**

As a fourteenth affirmative defense, Defendants plead that they are not liable for Plaintiffs' claimed emotional or physical injuries to the extent they arise out of pre-existing physical or mental conditions and/or other, non-employment injuries or life stressors.

**FIFTEENTH AFFIRMATIVE DEFENSE**

As a fifteenth affirmative defense, Defendants plead that the Complaint, and each purported claim contained therein, fails to state facts sufficient to support allegations of oppression, fraud, and/or malice.

## SIXTEENTH AFFIRMATIVE DEFENSE

As a sixteenth affirmative defense, Defendants plead that Plaintiffs may not recover punitive damages against Defendants since no officer, director, or corporate managing agent committed, ratified or condoned malicious or oppressive conduct.

## SEVENTEENTH AFFIRMATIVE DEFENSE

As a seventeenth affirmative defense, Defendants plead that the Complaint, and each purported claim contained therein, is barred by the doctrine of consent.

## EIGHTEENTH AFFIRMATIVE DEFENSE

As an eighteenth affirmative defense, Defendants plead that the Complaint, and each purported claim contained therein, is barred by the fact that the alleged conduct by Defendants were justified under the given circumstances.

## NINETEENTH AFFIRMATIVE DEFENSE

As a nineteenth affirmative defense, Defendants plead that California's laws regarding the conduct alleged in the Complaint, and each purported claim therein, are too vague to permit the imposition of punitive damages and thereby deny due process, impose criminal penalties without requisite constitutional protections, violate the Fourteenth Amendment of the United States Constitution, and place an unreasonable burden on interstate commerce.

## TWENTIETH AFFIRMATIVE DEFENSE

As a twentieth affirmative defense, Defendants plead that the claims for alleged emotional and physical injuries made in the Complaint are barred by the doctrine of Workers' Compensation exclusivity.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

As a twenty-first affirmative defense, Defendants assert that they did not act willfully or with knowledge or reckless disregard as to whether its conduct violated California wage and hour laws. Rather, Defendants acted in good faith and had reasonable grounds for believing that its actions were in compliance with California wage and hour laws.

///

///

WHEREFORE, reserving the right to allege any further affirmative defenses that become apparent during discovery and having fully answered the Complaint, Defendants prays that Plaintiffs' claims be dismissed with prejudice and that Plaintiffs take nothing thereby; that Defendants be awarded judgment in its favor and its attorneys' fees and costs incurred in defense of this action; and such other relief in Defendants favor as the Court deems just and proper.

DATED:  July 23, 2014                                    TURNER LAW GROUP


By     /s/ *Erick C. Turner, Esq.*
       ERICK C. TURNER
       Attorney for Defendant

*John Doe I-V v. Pure Forest, LLC*
U.S.D.C., Eastern District CA, Case No. 2:14-at-00424

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Turner Law Group, and my business address is 2150 River Plaza Drive, Suite 415, Sacramento, CA 95833. On this day I caused to be served the following document(s):

**DEFENDANTS JOHN DOE'S I-V ANSWER TO COMPLAINT**

☐   by placing ☐ the original ☐ a true copy into sealed envelopes addressed and served as follows:

**Attorney for Plaintiff**
Sean P. Gates
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
(213) 892-5200

☐   **BY MAIL:** I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐   **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand.

☐   **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐   **BY FACSIMILE:** I caused such documents(s) to be transmitted by facsimile transmission from (916) 564-2024 to the person(s) and facsimile transmission without number(s) shown about. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

☒   **BY FEDERAL ELECTRONIC FILING:** I caused such document(s) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the document(s) to the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on ***July 23, 2014***, at Sacramento, California.

                                                          _Kim M. Piceno_
                                                         Kim M. Piceno