MICHAEL J. TREZZA, ESQ., SBN 142922
LAW OFFICE OF MICHAEL J. TREZZA
506 Second Street
Yuba City, CA 95991
Telephone: (530) 673-5637
Fax: (530) 673-0277

ROBERTO MARQUEZ, ESQ., SBN 131195
LAW OFFICE OF ROBERTO MARQUEZ
613 D Street
Marysville, CA 95901
Telephone: (530) 749-8766
Fax: (530) 743-1364

Attorneys for Third-Party Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V,

Plaintiff,

vs.

PURE FOREST, LL, JEFF WADSWORTH, OWEN WADSWORTH,

Defendants.

PURE FOREST, LLC; JEFF WADSWORTH; AND OWEN WADSWORTH,

Third-Party Complainants,

vs.

JOSE LUIS OSORIO, an individual; GUADALUPE AMADOR, an individual; FUTURE REFORESTATION, LLC, a limited Liability company; and ROES 1 through 10, Inclusive,

Third-Party Defendants.

Case No.: 2:14-cv-00879-LKK-CMK

ANSWER OF THIRD-PARTY DEFENDANTS

Third-party defendants (hereafter "Third-party defendants) JOSE LUIS OSORIO, GUADALUPE AMADOR, and FUTURE RESTORATION, LLC, herby submit their answer to defendant/third-party complainants, PURE FOREST, LLC, JEFF WADSWORTH, and OWEN WADSWORTH's third-party complaint as follows:

**GENERAL ALLEGATIONS**

1. Answering paragraph 1 of the third-party complaint, Third-party defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 and on that basis deny all allegations of paragraph 1.

2. Answering paragraph 2 of the third-party complaint, Third-party defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 and on that basis deny all allegations of paragraph 2.

3. Answering paragraph 3 of the third-party complaint, Third-party defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 and on that basis deny all allegations of paragraph 3.

4. Answering paragraph 4 of the third-party complaint, Third-party defendants admit the truth of the allegations contained in Paragraph 4.

5. Answering paragraph 5 of the third-party complaint, Third-party defendants admit the truth of the allegations contained in paragraph 5.

6. Answering paragraph 6 of the third-party complaint, Third-party defendants admit the truth of the allegations contained in paragraph 6.

7. Answering paragraph 7 of the third-party complaint, Third-party defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 and on that basis deny all allegations of paragraph 7.

8. Answering paragraph 8 of the third-party complaint, Third-party defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 and on that basis deny all allegations of paragraph 8.

9. Answering paragraph 9 of the third-party complaint, Third-party defendants admit that jurisdiction is proper in this Court.

10. Answering paragraph 10 of the third-party complaint, Third-party defendants admit that venue is proper in this Court.

**FACTUAL ALLEGATIONS**

11. Third-party defendants repeat, reallege, and incorporate their prior responses to Paragraphs 1 through 10, inclusive.

12. Answering Paragraph 12 of the third-party complaint, Third-party defendants acknowledge they have been provided information that indicates a complaint has been filed in Federal District Court by plaintiff, JOHN DOE I, 2, 3, IV, and V, against defendant/third-party complainants. Third-party defendants deny the remaining allegations of paragraph 12.

13. Answering Paragraph 13 of the third-party complaint, Third-party defendants acknowledge the complaint filed in this matter appears to make numerous allegations that said action arises under various laws of the United States and the State of California. Except as expressly admitted herein, Third-party defendants deny the remaining allegations of paragraph 13.

14. Answering Paragraph 14 of the third-party complaint, third-party defendant's admit JOSE LUIS OSORIO was employed by defendant, PURE FOREST, LLC, as lead foreman. Third-party defendan's deny the remaining allegations of Paragraph 14.

15. Third-party defendants deny the allegations of paragraph 15 of the third-party complaint.

16. Answering paragraph 16 of the third-party complaint, Third-party defendants admit Pure Forest LLC, asked Osorio to help obtain workers from Mexico. As to all other allegations contained in paragraph 16, Third-party defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 and on that basis deny the remaining allegations of paragraph 16.

17. Answering paragraph 17 of the third-party complaint, Third-party defendants admit Pure Forest LLC transferred funds for employee payroll. As to all other allegations contained in paragraph 17, Third-party defendants are without sufficient information and knowledge to form a belief as to the truth of the allegations contained in paragraph 17, and on that basis deny the remaining allegations of paragraph 17.

18. Answering paragraph 18 of the third-party complaint, Third-party defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 18 and on that basis deny all of the allegations of paragraph 18.

19. Third-party defendants deny the allegations of paragraph 19 of the third-party complaint.

20. Third-party defendants deny the allegations of paragraph 20 of the third-party complaint.

21. Third-party defendants deny the allegations of paragraph 21 of the third-party complaint.

22. Third-party defendants deny the allegations of paragraph 22 of the third-party complaint.

**FIRST CAUSE OF ACTION**

23. Third-party defendants repeat, reallege, and incorporate their prior responses to paragraphs 1 through 23, inclusive.

24. Third-party defendants deny the allegations of paragraph 24 of the third-party complaint.

25. Third-party defendants deny the allegations of paragraph 25 of the third-party complaint.

26. Third-party defendants deny the allegations of paragraph 26 of the third-party complaint.

27. Third-party defendants deny the allegations of paragraph 27 of the third-party complaint.

28. Third-party defendants deny the allegations of paragraph 28 of the third-party complaint.

**SECOND CAUSE OF ACTION**

29. Third-party defendants repeat, reallege, and incorporate their prior responses to paragraphs 1 through 28, inclusive.

30. Third-party defendants deny the allegations of paragraph 30 of the third-party complaint.

31. Third-party defendants deny the allegations of paragraph 31 of the third-party complaint.

32. Third-party defendants deny the allegations of paragraph 32 of the third-party complaint.

33. Third-party defendants deny the allegations of paragraph 33 of the third-party complaint.

34. Third-party defendants deny the allegations of paragraph 34 of the third-party complaint.

35. Third-party defendants deny the allegations of paragraph 35 of the third-party complaint.

36. Third-party defendants deny the allegations of paragraph 36 of the third-party complaint.

**THIRD CAUSE OF ACTION**

37. Third-party defendants repeat, reallege, and incorporate their prior responses to paragraph 1 through 36, inclusive.

38. Third-party defendants deny the allegations of paragraph 38 of the third-party complaint.

39. Third-party defendants deny the allegations of paragraph 39 of the third-party complaint.

40. Third-party defendants deny the allegations of paragraph 40 of the third-party complaint.

41. Third-party defendants deny the allegations of paragraph 41 of the third-party complaint.

**FOURTH CAUSE OF ACTION**

42. Third-party defendants repeat, reallege, and incorporate their prior responses to paragraphs 1 through 41, inclusive.

43. Third-party defendants deny the allegations of paragraph 43 of the third-party complaint.

44. Third-party defendants deny the allegations of paragraph 44 of the third-party complaint.

45. Third-party defendants deny the allegations of paragraph 45 of the third-party complaint.

**FIFTH CAUSE OF ACTION**

46. Third-party defendants repeat, reallege, and incorporate their prior responses to paragraph 1 through 45, inclusive.

47. Third-party defendants deny the allegations of paragraph 47 of the third-party complaint.

48. Third-party defendants deny the allegations of paragraph 48 of the third-party complaint.

49. Third-party defendants deny the allegations of paragraph 49 of the third-party complaint.

**SIXTH CAUSE OF ACTION**

50. Third-party defendants repeat, reallege, and incorporate their prior responses to paragraph 1 through 49, inclusive.

51. Answering paragraph 51 of the third-party complaint, Third-party defendants state that the paragraph states a legal conclusion to which no response is required.

52. Answering paragraph 52 of the third-party complaint, Third-party defendants deny they are responsible, in whole or in part, for conduct alleged in the complaint.

**PRAYER**

WHEREFORE, third-party defendants pray that third-party complainants' claims be dismissed with prejudice, that they take nothing thereby, that third-party defendants be awarded judgment in their favor and their attorneys' fees and costs incurred in defense of this action, and for other relief in third-party defendants' favor as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, third-party defendants plead that third-party plaintiffs' complaint and each and every claim purportedly set forth therein, fails to state facts sufficient to constitute a claim or claims upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a second affirmative defense, third-party defendants plead that third-party plaintiffs claims are barred, in whole or in part, by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

As a third affirmative defense, third-party defendants plead that third-party plaintiffs have failed to mitigate their damages, if any.

### FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, third-party defendants plead that the third-party complaint, and each purported claim contained therein, is barred by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

As a fifth affirmative defense, third-party defendants plead that the third-party complaint, and each purported claim contained therein, is barred by the doctrine of unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

As a sixth affirmative defense, third-party defendants plead that the third-party complaint, and each purported claim contained therein, is barred by the doctrines of estoppel and/or waiver.

### SEVENTH AFFIRMATIVE DEFENSE

As a seventh affirmative defense, third-party defendants plead that third-party plaintiffs are guilty of comparative negligence.

### EIGHTH AFFIRMATIVE DEFENSE

As an eighth affirmative defense, third-party defendants plead that third-party plaintiffs may not recover punitive damages against third-party defendants since no officer, director, or corporate managing agent committed, ratified or condoned malicious or oppressive conduct.

Dated: October 15, 2014.

**LAW OFFICE OF MICHAEL J. TREZZA**

**By s/s Michael J. Trezza**
**MICHAEL J. TREZZA**
**Attorney for Third-Party Defendants**