SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorney for Plaintiffs JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V,<br><br>Plaintiffs,<br><br>v.<br><br>PURE FOREST, LLC, JEFF WADSWORTH, OWEN WADSWORTH,<br><br>Defendants. | Case No. 2:14-cv-00879-KJM-CMK<br><br>**NOTICE OF SETTLEMENT** |
| PURE FOREST, LLC; JEFF WADSWORTH; and OWEN WADSWORTH,<br>Third-Party Complainants,<br><br>v.<br><br>JOSE LUIS OSORIO, an individual; GUADALUPE AMADOR, an individual; FUTURE REFORESTATION, LLC, a limited liability company; and ROES 1 through 10, inclusive,<br>Third-Party Defendants. | |

la-1307764

1  Pursuant to Local Rule 160, Plaintiffs John Doe 1, John Doe II, John Doe III, John Doe IV, and John Doe V, Defendants Pure Forest, LLC, Jeff Wadsworth, and Owen Wadsworth and Third Party Defendants Jose Luis Osorio, Guadalupe Amador, Future Reforestation, LLC (collectively "the Parties") give notice that they have reached a settlement in this matter. The Parties request that the Court fix the date upon which the documents disposing of the action must be filed to be twenty-one (21) days from the date of this notification.

Dated: January 15, 2016         SEAN P. GATES
                                MORRISON & FOERSTER LLP


                           By:  /s/ Sean P. Gates
                                SEAN P. GATES

                                Attorney for Plaintiffs JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V

Dated: January 15, 2016         ERICK C. TURNER
                                TURNER LAW GROUP


                           By:  /s/ Erick C. Turner (authorization granted 1/15/16)
                                ERICK C. TURNER

                                Attorney for Defendants and Third-Party Complainants PURE FOREST, LLC, JEFF WADSWORTH, and OWEN WADSWORTH

Dated: January 15, 2016         MICHAEL J. TREZZA
                                LAW OFFICE OF MICHAEL J. TREZZA


                           By:  /s/ Michael J. Trezza (authorization granted 1/15/16)
                                MICHAEL J. TREZZA

                                Attorney for Third-Party Defendants JOSE LUIS OSORIO, GUADALUPE AMADOR, and FUTURE REFORESTATION, LLC

1

la-1307764

1  **IT IS SO ORDERED.**

3  DATED: January _, 2016

                                                    Hon. Kimberly J. Mueller
                                                    United States District Judge

la-1307764