SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorney for Plaintiffs JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, AND JOHN DOE V, <br><br> Plaintiffs, <br><br> v. <br><br> PURE FOREST, LLC, JEFF WADSWORTH, OWEN WADSWORTH, <br><br> Defendants. | Case No. 2:14-cv-00879-KJM-CMK <br><br> **STIPULATION TO DISMISS** |
| PURE FOREST, LLC; JEFF WADSWORTH; and OWEN WADSWORTH, <br> Third-Party Complainants, <br><br> v. <br><br> JOSE LUIS OSORIO, an individual; GUADALUPE AMADOR, an individual; FUTURE REFORESTATION, LLC, a limited liability company; and ROES 1 through 10, inclusive, <br><br> Third-Party Defendants. | |

la-1308379

1  IT IS HEREBY STIPULATED and AGREED by and between Plaintiffs, JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, and JOHN DOE V ("Plaintiffs"), Defendants, PURE FOREST, LLC, JEFF WADSWORTH, AND OWEN WADSWORTH ("Defendants"), and Third-Party Defendants, JOSE LUIS OSORIO, GUADALUPE AMADOR, FUTURE REFORESTATION, LLC ("Third-Party Defendants"), and by their attorneys, that, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs' claims against Defendants and Defendants' claims against Third-Party Defendants in the above-captioned actions be, and they hereby are, dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Dated: February 3, 2016                SEAN P. GATES
                                       MORRISON & FOERSTER LLP


                                       By: /s/ Sean P. Gates
                                           SEAN P. GATES

                                           Attorney for Plaintiffs JOHN DOE I, JOHN DOE
                                           II, JOHN DOE III, JOHN DOE IV, AND JOHN
                                           DOE V

Dated: February 3, 2016                ERICK C. TURNER
                                       TURNER LAW GROUP


                                       By: /s/ Erick C. Turner    (authorized Feb. 3, 2016)
                                           ERICK C. TURNER

                                           Attorney for Defendants and Third-Party
                                           Complainants PURE FOREST, LLC, JEFF
                                           WADSWORTH, and OWEN WADSWORTH

Dated: February 3, 2016                MICHAEL J. TREZZA
                                       LAW OFFICE OF MICHAEL J. TREZZA


                                       By: /s/ Michael J. Trezza    (authorized Feb. 3, 2016)
                                           MICHAEL J. TREZZA

                                           Attorney for Third-Party Defendants JOSE
                                           LUIS OSORIO, GUADALUPE AMADOR, and
                                           FUTURE REFORESTATION, LLC

la-1308379

1  **IT IS SO ORDERED.**

DATED: February _, 2016

_____
Hon. Kimberly J. Mueller
United States District Judge

la-1308379